IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) 1:25MJ151-1
)
PRASAN NEPAL )

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant. The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interest of justice requires appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender John Dusenbury is appointed to represent Defendant in this action.

This, the 23rd day of April, 2025.

_____
Joe L. Webster
United States Magistrate Judge